**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-2408**

In Re:  GARY L. DETEMPLE,

                                                    Debtor.

_____

GARY L. DETEMPLE,

                                     Plaintiff - Appellant,

          versus

MARK  D.  PANEPINTO,  successor  to  United
National  Bank,  successor  to  Fed  One  Bank;
UNITED NATIONAL BANK; WEST VIRGINIA DEPARTMENT
OF TAX AND REVENUE; B. K. WATTS, Unit Manager,
Internal Auditing Division, in his individual
capacity; UNITED STATES DEPARTMENT OF JUSTICE;
RITA R. VALDRINI, in her individual capacity,

                                  Defendants - Appellees,

          and

DEBRA A. WERTMAN, Trustee,

                                                    Trustee.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr.,
District Judge.  (CA-00-63-5, BK-99-5086)

_____

Submitted:  July 31, 2002          Decided:  August 23, 2002

_____

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Gary L. DeTemple, Appellant Pro Se. Mark D. Panepinto, Wheeling, West Virginia; George James Anetakis, Weirton, West Virginia; David L. Bissett, Joseph M. Palmer, B. K. Watts, STATE OF WEST VIRGINIA, Charleston, West Virginia; Rita R. Valdrini, Assistant United States Attorney, Helen Campbell Altmeyer, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary L. DeTemple appeals the district court's order denying his motion to reconsider a prior order affirming the bankruptcy court's order dismissing his complaint. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. DeTemple v. Panepinto, Nos. CA-00-63-5; BK-99-5086 (N.D.W. Va. Oct. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED